*In re* NAYDI C. NAZARIO MUÑIZ.

*Número:* TS-8995          *Resuelto:* 28 de abril de 2006

*Salvador Antonetti Stutts*, procurador general, *Mariana D. Negrón Vargas*, subprocuradora general, y *Noemí Rivera De León*, procuradora general auxiliar, abogados de El Pueblo; *José M. Montalvo Trías*, director ejecutivo del Colegio de Abogados de Puerto Rico; *Naydi Nazario Muñiz*, peticionaria.

## RESOLUCIÓN

Atendidas tanto la comparecencia del Colegio de Abogados de Puerto Rico como del Procurador General de Puerto Rico, se ordena la reinstalación de Naydi C. Nazario Muñiz al ejercicio de la abogacía, efectiva desde la notificación de esta Resolución.

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

(*Fdo.*) Aida Ileana Oquendo Graulau
*Secretaria del Tribunal Supremo*